315-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
DEION NAVIGATION S.A.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

JUL 0 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEION NAVIGATION S.A.,

          Plaintiff,

-against-

ICDAS CELIK ENERJI TERSANE
VE ULASIM SANAYI A.S.,

          Defendant.
-------------------------------------------------------------x

07 CIV.  (   )

**RULE 7.1 STATEMENT**

DEION NAVIGATION S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
       July 2, 2007

                    FREEHILL HOGAN & MAHAR, LLP
                    Attorneys for Plaintiff
                    DEION NAVIGATION S.A.

By: _____
     Don P. Murnane, Jr. (DM 3639)
     Manuel A. Molina (MM 1017)

NYDOCS1/285857.1