

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◦†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◦ ALSO ADMITTED IN LOUISIANA

October 1, 2007

Our Ref: 315-07/DPM/MAM

**BY HAND**

The Honorable Peter K. Leisure
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1910`
New York, New York 10007

    Re:    Deion Navigation v. Icdas Celik Enerji Tersane Ve Ulasim Sanayi
              <u>SDNY: 07 CIV 6160 (PKL)</u>

Dear Judge Leisure:

    We represent the Plaintiff in connection with the above-referenced action. We write to request an adjournment of the initial status conference that is scheduled for October 4, 2007 at 10:00 a.m.

    Plaintiff initiated this action on July 2, 2007 seeking security, in the sum of $252,891.86, for its maritime claim, via an attachment of Defendant's property in this District pursuant to Rule B. Plaintiff's application was granted on the same day. The writ of maritime was then served upon various New York banks. On July 3, 2007, the Bank of New York advised that it had restrained the full amount being sought by Plaintiff and Notice of Attachment was provided to Defendant on the same day. On July 19, 2007, Plaintiff also provided Notice of Initial Pre-Trial Conference to the Defendant. To this date, however, Defendant has not appeared or moved to vacate the attachment.

NYDOCS1/291120.1

The Honorable Peter K. Leisure
October 1, 2007
Page 2

      In light of the foregoing considerations, we therefore respectfully request that Your Honor grant the within application and adjourn the October 4 conference.

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

*Manuel A. Molina*
Manuel A. Molina

Plaintiff's request is granted. The October 4, 2007 status conference is adjourned to November 15, 2007 at 10:00 a.m.

10/04/07
SO ORDERED
*Peter K. Leisure*
USDJ

NYDOCS1/291120.1

FREEHILL, HOGAN & MAHAR LLP